IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MAGNUM MINERALS, L.L.C., MAGNUM BLUE RIBBON FEEDS, INC., GEARN OFFSHORE, INC., and TIM A. GEARN, Individually, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | |
| HOMELAND INSURANCE COMPANY OF NEW YORK, MARK COLLIER, CONSUELO AYALA, Individually and as the Representative of the Estate of PEDRO MEJIA BELTRAN and as Next Friend and Natural Mother of Minors, EMA, JYMA, and CBM, ELGIN B. ALLEN, Jr., AIM ASSOCIATION INSURANCE MANAGEMENT, INC., TERRY M. FERRELL, ONEBEACON INSURANCE GROUP, ONEBEACON ACCIDENT GROUP, ONEBEACON AMERICA INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, and TRADERS & GENERAL INSURANCE COMPANY, | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>2:13-cv-00103-J |
| Defendants. | § § | |

## ONEBEACON DEFENDANTS' ORIGINAL COUNTERCLAIM

Defendants and Counterclaim Plaintiffs Homeland Insurance Company of New York, OneBeacon Insurance Group, LLC (improperly named in the caption as OneBeacon Insurance Group), OneBeacon Accident Group, a division of OneBeacon Insurance Group, LLC (but not a separate legal entity), OneBeacon America Insurance Company, OneBeacon Insurance Company, and Traders & General Insurance Company (collectively, the "OneBeacon Defendants"), file this Original Counterclaim

against Plaintiffs Magnum Minerals, L.L.C., Magnum Blue Ribbon Feeds, Inc., Gearn Offshore, Inc., and Tim A. Gearn, as follows:

## PARTIES

1. Defendant and Counterclaim Plaintiff Homeland Insurance Company of New York ("Homeland") is a corporation incorporated in the state of New York, with its principal place of business in Minnesota.

2. Defendant and Counterclaim Plaintiff OneBeacon Insurance Group, LLC (misnamed by Plaintiffs as OneBeacon Insurance Group) is a corporation incorporated in Delaware with its principal place of business in Minnesota.

3. Defendant and Counterclaim Plaintiff OneBeacon America Insurance Company is a corporation incorporated in the state of Massachusetts, with its principal place of business in Minnesota.

4. Defendant and Counterclaim Plaintiff OneBeacon Insurance Company is a corporation incorporated in the State of Pennsylvania, with its principal place of business in Minnesota.

5. Defendant and Counterclaim Plaintiff Traders & General Insurance Company is a corporation incorporated in the State of Texas, with its principal place of business in Minnesota.

6. Plaintiff and Counterclaim Defendant Magnum Minerals, L.L.C. ("Minerals") is a limited liability corporation incorporated in the State of Texas, with its principal place of business in Texas.

7. Plaintiff and Counterclaim Defendant Magnum Blue Ribbon Feeds, Inc. ("Blue Ribbon") is a corporation incorporated in the State of Texas, with its principal place of business in Texas.

8. Plaintiff and Counterclaim Defendant Gearn Offshore, Inc. ("Gearn Offshore") is a corporation incorporated in the State of Texas, with its principal place of business in Texas.

9. Plaintiff and Counterclaim Defendant Tim A. Gearn ("Gearn") is an individual citizen of the State of Texas who resides in Hereford, Deaf Smith County, Texas.

## JURISDICTION AND VENUE

10. This Court has pendent jurisdiction under 28 U.S.C. § 1367 over this counterclaim. When a district court has original jurisdiction over some claims in a lawsuit, the court shall have "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a).

11. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the district and division of this Court embrace Deaf Smith County, Texas, the place where Plaintiffs filed their state-court complaint, and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Deaf Smith County, Texas.

## FACTS

12. This case arises out of a tragic accident that occurred on February 2, 2011 (the "Accident"), in which Pedro Mejia ("Mejia") was killed while in the employment of

Minerals, when a salt storage silo collapsed and crushed him.  After the Accident, a wrongful death lawsuit was filed against Minerals (the "Underlying Suit") by Consuelo Ayala ("Ayala"), Individually and as the Representative of the Estate of Pedro Mejia Beltran and as Next Friend and Natural Mother of Minors, EMA, JYMA and CBM.  Ayala subsequently amended the Underlying Suit to add Blue Ribbon, Gearn Offshore, Tim A. Gearn, and others, as defendants.

13. Before the Accident, Homeland issued insurance policies to Gearn Offshore and Blue Ribbon (the "Policies"), which provided certain coverage due to their opting out of the Texas workers' compensation system.  However, the Policies only provide potential coverage when the injured person is employed by and receiving his pay on a regular basis from the insured named in the Policies; here, Gearn Offshore or Blue Ribbon.  At the time of the Accident, Mejia was not employed by or receiving his pay on a regular basis from either Blue Ribbon or Gearn Offshore.  Rather, it is uncontroverted that Mejia was solely employed by and receiving his pay on a regular basis only from Minerals.  Homeland never issued an insurance policy to Minerals, who never applied for an insurance policy from Homeland.  Minerals is not an insured named in either of the policies Homeland issued to Blue Ribbon and Gearn Offshore.  Thus, Homeland very clearly owes no duty to defend any of the Plaintiffs in the Underlying Suit or to indemnify them for any liability that may be imposed against them in the Underlying Suit based upon the Accident.

14. Plaintiffs' lawsuit against the OneBeacon Defendants is frivolous, groundless, and has no basis in law or fact.  The OneBeacon Defendants therefore

seek to recover their attorney's fees and costs from the Plaintiffs/Counterclaim Defendants.

## COUNT ONE

### RECOVERY OF ATTORNEY'S FEES
### PURSUANT TO THE COURT'S INHERENT AUTHORITY

15. The OneBeacon Defendants incorporate the allegations in paragraphs 1-14 above.

16. Pursuant to the inherent authority possessed by this Court, the OneBeacon Defendants seek an award against the Plaintiffs/Counterclaim Defendants for the OneBeacon Defendants' reasonable attorney's fees incurred in defending this action because Plaintiffs/Counterclaim Defendants' claims are not well-grounded in fact, are not legally tenable, and were brought for an improper purpose, including to harass the OneBeacon Defendants, because the Plaintiffs' claims have been prosecuted vexatiously, wantonly, and for oppressive reasons, and because the Plaintiffs' actions in prosecuting this lawsuit have needlessly and without a reasonable basis increased the attorneys' fees and other expenses in this lawsuit.

## COUNT TWO

### RECOVERY OF ATTORNEY'S FEES UNDER RULE 11

17. The OneBeacon Defendants incorporate the allegations in paragraphs 1-17 above.

18. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the OneBeacon Defendants seek an award against the Plaintiffs/Counterclaim Defendants for the OneBeacon Defendants' reasonable attorneys' fees and all expenses incurred in this lawsuit because Plaintiffs/Counterclaim Defendants' claims are not well-grounded in

fact, are not legally tenable, and were brought for an improper purpose, including to harass the OneBeacon Defendants, because the Plaintiffs' claims have been prosecuted vexatiously, wantonly, and for oppressive reasons, and because the Plaintiffs' actions in prosecuting this lawsuit have needlessly and without a reasonable basis increased the attorneys' fees and other expenses in this lawsuit.

## PRAYER FOR RELIEF

The OneBeacon Defendants request this Court to enter judgment in their favor against the Plaintiffs/Counterclaim Defendants on this counterclaim, including an award against the Plaintiffs/Counterclaim Defendants for the OneBeacon Defendants' attorney's fees and all costs of court, and to grant the OneBeacon Defendants such other and further relief to which they are justly entitled.

Respectfully submitted,

*/s/ Michael Keeley*
MICHAEL KEELEY
State Bar No. 11157800
JOHN R. RIDDLE
State Bar No. 16890200
CARLA CRAPSTER
State Bar No. 24065094
STRASBURGER & PRICE, LLP.
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone:   (214) 651-4300
Facsimile:    (214) 651-4330

ATTORNEYS FOR DEFENDANTS
HOMELAND INSURANCE COMPANY OF
NEW YORK, ONEBEACON INSURANCE
GROUP, ONEBEACON ACCIDENT GROUP,
ONEBEACON AMERICA INSURANCE
COMPANY, ONEBEACON INSURANCE
COMPANY, and TRADERS & GENERAL
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served to all counsel listed below on this 13th day of June, 2013, via the Court's ECF System and/or certified mail, return receipt requested.

John H. Lovell
Deborah D. Reeves
Lovell, Lovell, Newsom & Isern, L.L.P.
112 West 8th Ave., Suite 1000
Eagle Centre Building
Amarillo, TX 79101-2314

Mark A. Ticer
4144 North Central Expressway
Suite 1255
Dallas, TX 75204

*Attorneys for Plaintiffs*

Juan C. Hernandez
Hernandez & Browning
8111 LBJ Freeway, Suite 1065
Dallas, TX 75251

Mark A. Ticer
Law Office of Mark A. Ticer
4144 North Central Expressway
Suite 1255
Dallas, TX 75204

Robert C. Lyon
Robert Lyon & Associates
3301 Century Drive, Suite A
Rowlett, TX 75088

*Attorneys for Defendant Consuelo Ayala, Individually and as the Representative of the Estate of Pedro Mejia Beltran and as Next Friend and Natural Mother of Minors, EMA, JYMA and CBM*

W C Bratcher
Mark McBrayer
Crenshaw, Dupree & Milam, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408

Slater C. Elza
Underwood Law Firm, P.C.
145 W. 3rd
Hereford, TX 79045

*Attorneys for Defendant Mark Collier*

Richard E. Schellhammer
Cara D. Kennermer
Goins, Underkofler, Crawford & Langdon
1201 Elm Street
Dallas, Texas 75270

*Attorneys for Defendant Terry M. Ferrell*

Robert G. Chadwick, Jr.
Timothy B. Soefje
Campbell & Chadwick, P.C.
4201 Spring Valley Road
Suite 1250
Dallas, TX 75244

*Attorneys for Defendants Elgin B. Allen, Jr. and AIM Association Insurance Management, Inc.*

                                                      */s/ Michael Keeley*
                                                      Michael Keeley