IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MAGNUM MINERALS, LLC, MAGNUM BLUE RIBBON FEEDS, INC., GEARN OFFSHORE, INC., AND TIM A. GEARN, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK, MARK COLLIER, CONSUELO AYALA, Individually and as the Representative of the ESTATE OF PEDRO MEJIA BELTRAN and as Next Friend and Natural Mother of Minors, EMA, JYMA, AND CBDM, ELGIN B. ALLEN, JR., AIM ASSOCIATION INSURANCE MANAGEMENT, INC., TERRY M. FERRELL, ONEBEACON INSURANCE GROUP, ONEBEACON ACCIDENT GROUP, ONEBEACON AMERICAN INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, AND TRADERS & GENERAL INSURANCE COMPANY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  NO. 02:13-CV-00103<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ANSWER OF JASON GEARN TO HOMELAND INSURANCE COMPANY
OF NEW YORK'S THIRD-PARTY COMPLAINT**

TO THE HONORABLE MARY LOU ROBINSON, UNITED STATES DISTRICT JUDGE:

Jason Gearn files his Answer to Homeland Insurance Company of New York's ("Homeland") Third-Party Complaint and shows the following:

A. ADMISSIONS AND DENIALS

1.  Gearn can neither admit nor deny the factual allegations in Paragraph 1.

2.  Gearn admits the factual allegations of Paragraph 2.

3. Gearn denies that the Court has jurisdiction to decide this matter and therefore denies the allegations in Paragraph 3.

4. Gearn admits that Deaf Smith County, Texas is the proper venue, but denies the remaining allegations of Paragraph 4 and denies that the Court has jurisdiction to decide this matter.

5. Gearn admits the allegations in sentences 1 through 3 of Paragraph 5. Gearn can neither admit nor deny the allegations in sentence 4, Paragraph 5.

6. Gearn admits that before the accident, Homeland issued insurance policies to Gearn Offshore and Blue Ribbon, but denies the remaining allegations in sentence 1, Paragraph 6. Gearn denies the allegations as stated in sentences 2 and 3, Paragraph 6. Gearn denies the remaining allegations of sentences 4 through 7, Paragraph 6.

7. Gearn admits the allegations in Paragraph 7.

8. Paragraph 8 contains a statement to which no answer is required by Gearn.

9. Gearn denies the allegations in Paragraph 9 and therefore denies that Homeland is entitled to contribution and indemnity from him.

10. Gearn denies that Homeland is entitled to the relief requested in its "Prayer for Relief."

## B. AFFIRMATIVE DEFENSES

11. Homeland's Third-Party Complaint fails to state a claim upon which relief can be granted.

## C. PRAYER

Gearn asks the Court to enter judgment that Homeland take nothing by its Third-Party Complaint against him, that the Court deny all relief requested by Homeland, and that the Court dismiss Homeland's Third-Party Complaint against him with prejudice. Gearn also asks that he

recover from Homeland his reasonable attorney's fees and costs of suit, and that the Court award him all other relief to which he is entitled.

        Respectfully submitted,

        LAW OFFICE OF MARK A. TICER
        Mark A. Ticer, SBN 20018900
        Jennifer W. Johnson, SBN 24060029
        4144 N. Central Expressway, Suite 1255
        Dallas, Texas 75204
        Telephone: 214/219-4220
        Facsimile:   214/219-4218

        - and -

        LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
        John H. Lovell, SBN 12609300
        Deborah D. Reeves, SBN 24006668
        112 West Eighth Avenue, Suite 1000
        Eagle Centre Building
        Amarillo, Texas 79101-2314
        Tel. No. 806/373-1515
        Fax No.  806/379-7176
        Email: john@lovell-law.net
              deborah@lovell-law.net

        By:    /s/ Deborah D. Reeves
            Deborah D. Reeves

        **ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2013, the foregoing document was filed with the clerk of the court for the Northern District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Robert C. Lyon
Robert Lyon & Associates
3301 Century Drive, Suite 1
Rowlett, Texas 75088
    -and-
Juan Hernandez
Hernandez & Browning
8111 LBJ Freeway, Suite 1065
Dallas, Texas 75251
   **ATTORNEYS FOR CONSUELO AYALA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF PEDRO MEJIA BELTRAN AND AS NEXT FRIEND AND NATURAL MOTHER OF MINORS, EMA, JYMA, AND CBDM.**

W C Bratcher
Mark McBrayer
Crenshaw, Dupree & Milam, L.L.P.
1500 Broadway, 8th Floor
P.O. Box 1499
Lubbock, Texas 79408
  -and-
Slater Elza
Underwood Law Firm, P.C.
145 W. 3rd
P.O. Box 1655
Hereford, Texas 79045
  **ATTORNEYS FOR MARK COLLIER**

Richard E. Schellhammer
Cara D. Kennemer
Goins, Underkofler, Crawford & Langdon
1201 Elm Sstreet, Suite 4800
Dallas, Texas 75270
  **ATTORNEYS FOR TERRY FERRELL**

Michael Keeley
John Riddle
Carla Crapster
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
  -and-
Wyatt Brooks
Burdett, Morgan, Williamson & Boykin, LLP
3423 S. Soncy Road, Suite 300
Amarillo, Texas 79119
  **ATTORNEYS FOR HOMELAND INSURANCE COMPANY OF NEW YORK**

Robert G. Chadwick, Jr.
Timothy B. Soefje
Campbell & Chadwick, P.C.
4201 Spring Valley Road, Suite 1250
Dallas, Texas 75244
  **ATTORNEYS FOR ELGIN B. ALLEN, JR. & AIM ASSOCIATION INSURANCE MANAGEMENT, INC.**

                          /s/ Deborah D. Reeves
                          Deborah D. Reeves