IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MAGNUM MINERALS, LLC, MAGNUM BLUE RIBBON FEEDS, INC., GEARN OFFSHORE, INC., AND TIM A. GEARN, Individually and on Behalf of Others Similarly Situated, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 02:13-CV-00103 |
| HOMELAND INSURANCE COMPANY OF NEW YORK, MARK COLLIER, CONSUELO AYALA, Individually and as the Representative of the ESTATE OF PEDRO MEJIA BELTRAN and as Next Friend and Natural Mother of Minors, EMA, JYMA, AND CBDM, ELGIN B. ALLEN, JR., AIM ASSOCIATION INSURANCE MANAGEMENT, INC., TERRY M. FERRELL, ONEBEACON INSURANCE GROUP, ONEBEACON ACCIDENT GROUP, ONEBEACON AMERICAN INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, AND TRADERS & GENERAL INSURANCE COMPANY, | § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**JOINT REPORT CONCERNING SETTLEMENT**

TO THE HONORABLE MARY LOU ROBINSON, UNITED STATES DISTRICT JUDGE:

The Parties submit this Joint Report Concerning Settlement and respectfully show the Court the following:

1. This lawsuit involves an insurance dispute related to a workplace death case pending in Deaf Smith County, Texas, styled *Consuelo Ayala, Individually and as Representative*

*of the Estate of Pedro Mejia Beltran and as Next Friend and Natural Mother of Minors, EMA and JYMA and CBM v. Magnum Minerals, LLC, et al.,* Cause No. CI-11B-012, in the 222nd District Court in and for Deaf Smith County, Texas ("state court proceeding").

2. CONSUELO AYALA, Individually and as the Representative of the ESTATE OF PEDRO MEJIA BELTRAN and as Next Friend and Natural Mother of Minors, EMA, JYMA, AND CBDM ("Mejia Parties"), are nominal parties in this lawsuit. These nominal parties have neither asserted claims in this lawsuit nor had claims asserted against them in this lawsuit. As reported by the mediator, Dirk Murchison, the parties settled all disputes between them in this lawsuit and in the state court proceeding. *See* Doc. 81. By virtue of this settlement, the state court proceeding has also been settled, and this was reported to Judge Roland Saul.

3. Settlement agreements are being prepared in both the state court proceeding and in this proceeding.

4. Dean Boyd has been appointed as a guardian ad litem in the state court proceeding to represent the interests of the minors. A prove-up hearing in the state court proceeding is scheduled for September 30, 2013 at 1:30 p.m.

5. Respectfully, the parties to this lawsuit believe that this Honorable Court does not have jurisdiction over the claims asserted in the state court proceeding against the Magnum parties, and thus do not intend to request approval of that settlement. But because the minors are parties in this lawsuit, and because the settlement of this lawsuit will include a release by the minors of any and all claims they have or might have against the insurance company defendants and the insurance agent defendants, the parties intend to request this Court to approve the settlement of this lawsuit. As noted above, the minors' settlement of the

state court proceeding will be proven up in the state court proceeding. It appears to all defendants, except the Mejia Parties, that a guardian ad litem also should be appointed in this lawsuit because the parties' settlement of this lawsuit requires the minors to release all claims they have or might have against such defendants. However, the defendants' research on this issue is not conclusive. The parties are in agreement that it is proper to request the Court's approval of the settlement in this lawsuit, but request the Court's guidance as to whether this Court prefers to appoint a guardian ad litem and conduct a prove-up hearing on the settlement of this lawsuit as it affects the minors. If the Court believes the appointment of a guardian ad litem is appropriate, they recommend appointment of Dean Boyd, who also is licensed before this Court.

DATED: September 17, 2013.

Respectfully submitted,

/s/ DEBORAH REEVES
John H. Lovell, SBN 12609300
Deborah D. Reeves, SBN 24006668
LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
112 West Eighth Avenue, Suite 1000
Amarillo, Texas 79101-2314
Tel. No. 806/373-1515
Fax No. 806/379-7176
**- and -**
Mark A. Ticer, SBN 20018900
Jennifer W. Johnson, SBN 24060029
LAW OFFICE OF MARK A. TICER
4144 N. Central Expressway, Suite 1255
Dallas, Texas 75204
Telephone: 214/219-4220
Facsimile: 214/219-4218

**ATTORNEYS FOR PLAINTIFFS AND THIRD-PARTY DEFENDANT JASON GEARN**

/S/ MICHAEL KEELEY
Michael Keeley, SBN 11157800
John R. Riddle, SBN 16890200
Carla Crapster, SBN 24065094
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: 214/651-4300
Facsimile:  214/651-4330
**- and -**
Wyatt Brooks
Burdett, Morgan, Williamson & Boykin, LLP
3423 S. Soncy Road, Suite 300
Amarillo, Texas 79119
Telephone: (806) 358-8116
Facsimile:  (806) 358-1901

**ATTORNEYS FOR DEFENDANTS HOMELAND INSURANCE COMPANY OF NEW YORK, ONEBEACON INSURANCE GROUP, ONEBEACON ACCIDENT GROUP, ONEBEACON AMERICA INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, AND TRADERS & GENERAL INSURANCE COMPANY**


/S/ W C BRATCHER
W C Bratcher, SBN 02914700
Mark W. McBrayer
Crenshaw, Dupree & Milam, L.L.P.
1500 Broadway, 8th Floor
P.O. Box 1499
Lubbock, Texas 79408
Telephone:  (806) 762-5281
Facsimile:   (806) 762-3510
**- and -**
Slater Elza
Underwood Law Firm, P.C.
145 W. 3rd
P.O. Box 1655
Hereford, Texas 79045
Telephone:  (806) 364-2626
Facsimile:   (806) 364-9368

**ATTORNEYS FOR DEFENDANT MARK COLLIER**

/s/ Timothy Soefje
Robert G. Chadwick, Jr., SBN 04056075
Timothy B. Soefje, SBN 00791700
CAMPBELL & CHADWICK, P.C.
4201 Spring Valley Road, Suite 1250
Dallas, Texas 75244
Telephone: (972) 277-8585
Facsimile: (972) 277-8586

**ATTORNEYS FOR DEFENDANTS ELGIN B. ALLEN & AIM ASSOCIATION INSURANCE MANAGEMENT, INC.**

/s/ Richard E. Schellhammer
Richard E. Schellhammer, SBN 17736860
Cara D. Kennemer, SBN 24036489
GOINS, UNDERKOFLER, CRAWFORD & LANGDON
1201 Elm Sstreet, Suite 4800
Dallas, Texas 75270
Telephone: (214) 969-5454
Facsimile: (214) 969-5902

**ATTORNEYS FOR DEFENDANT TERRY M. FERRELL**

/s/ JUAN HERNANDEZ
Juan Hernandez, SBN 24002270
HERNANDEZ & BROWNING
8111 LBJ Freeway, Suite 1065
Dallas, Texas 75251
Telephone:  (972) 234-7800
Facsimile:   (972) 239-2914

- and –

Mark A. Ticer, SBN 20018900
Jennifer W. Johnson, SBN 24060029
LAW OFFICE OF MARK A. TICER
4144 N. Central Expressway, Suite 1255
Dallas, Texas 75204
Telephone: 214/219-4220
Facsimile:  214/219-4218

- and –

Robert C. Lyon, SBN
ROBERT LYON & ASSOCIATES
3301 Century Drive, Suite 1
Rowlett, Texas 75088

**ATTORNEYS FOR CONSUELO AYALA INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF PEDRO MEJIA BELTRAN AND AS NEXT FRIEND AND NATURAL MOTHER OF MINORS, EMA, JYMA, AND CBM**